# UNITED STATES DISTRICT COURT

for the

District of New Jersey

**RECEIVED**

JAN 23 2020

ZAHID N. QURAISHI
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *Plaintiff* | |
| v. | Case No.   MAG- 20-14004(ZNQ) |
| MIGUEL ANGEL VASQUEZ | |
| *Defendant* | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ___23rd___ day of __JANUARY__ , 2020,

ORDERED that _Andrea Bergman_____ from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

_____

ZAHID N. QURAISHI, U.S.M.J.