**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *   CRIM. NO. |
| | * |
| | * |
| | * |
| | ***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

_____ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

_____ That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:



Accordingly, the proceeding(s) held on this date may be conducted by:

_____ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    _____ Other:



Date:                                                                  _____

                                                                                          United States District Judge

The Court finds that the guilty plea and sentencing hearing to be held today cannot be further delayed without serious harm to the interests of justice, for the following reasons:

(1) the defendant faces an advisory sentencing range of 1-7 months' imprisonment, and will be requesting a sentence of time served.

(2) The United States agrees that a sentence of time served is appropriate under the circumstances of this case.

(3) Further delay in sentencing likely would result in a sentence above the applicable guidelines range, which the parties agree is not warranted under the circumstances of this case.